# UNITED STATES DISTRICT COURT

for the

District of Nevada

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:19-cr-00065-KJD-VCF |
| | ) | |
| JOSE DOVAL-SUASTES | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>before: Magistrate Judge Nancy J. Koppe. | Courtroom No.: | 3A |
|---|---|---|---|
| | | Date and Time: | March 25, 2019 at 1:30 PM |

 **IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   March 22, 2019

_____
*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*



_X_ FILED          _____ RECEIVED
___ ENTERED        _____ SERVED ON
          COUNSEL/PARTIES OF RECORD

MAR 22, 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY